IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANNA L. HELTON                                                                                                PLAINTIFF

Vs.                                       NO. 3:08cv00054 JMM

SOUTHLAND RACING CORPORATION                                                       DEFENDANT

## ORDER

This case is set for a settlement conference **Friday, February 13, 2009**, **at 9:30 a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Marc I. Baretz, Jane A. Kim, William Stuart Jackson, Dianna L. and Doug Helton, Wes Culler and Troy Keeping are authorized to bring electronic devices to the courthouse for this proceeding.  Each authorized party is required to be familiar with the restrictions contained in General Order No. 54, which can be accessed on the Court's website.  Each will be required to present a copy of this order upon entry into the building to verify this authorization.**

IT IS SO ORDERED this 11th day of February 2009.

_____
UNITED STATES MAGISTRATE JUDGE