### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DIANNA HELTON**                                                                   **PLAINTIFF**

**VS.**                                          **NO. 3:08CV00054**

**SOUTHLAND RACING CORPORATION**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is entered in favor of the Defendant.

The complaint is hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of February, 2009.

_____
James M. Moody
United States District Judge