IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANNA HELTON                                                                                      PLAINTIFF

VS.                                          NO. 3:08CV00054

SOUTHLAND RACING CORPORATION                                              DEFENDANT

## ORDER

The Court has reviewed the Bill of Costs submitted by the defendant, the response of the plaintiff and defendant's reply. (Docket #'s 35, 37 and 38). District courts may award costs to a prevailing party. Fed.R.Civ.P. 54(d). However, such costs must be set out in 28 U.S.C. § 1920 or some other statutory authorization. *Smith v. Tenet Healthsystem SL, Inc*. 436 F.3d 879, 889 (8th Cir. 2006)

The defendant has requested $2,312.26 for costs relating to the depositions of the plaintiff and Debbie Scharfetter. The costs related to the videotape of plaintiff's deposition will be disallowed. The Court will award the remaining costs requested.

IT IS THEREFORE ORDERED that Defendant shall be awarded costs to and from Plaintiff in the amount of $1,572.26.

Dated this 19th day of April, 2010.

_____
James M. Moody
United States District Judge